UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-cr-60014-RKA(s)</u>

UNITED STATES OF AMERICA

vs.

**KENNETH PINKNEY,**

**Defendant.**
_____/

FILED BY_____D.C.

APR 05 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## FACTUAL PROFFER

The United States, by and through the undersigned Assistant United States Attorney, and the defendant, Kenneth Pinkney, by and through his attorney, agree that the government would have proved the following facts beyond a reasonable doubt if this matter had proceeded to trial:

At all times during the events described herein, the victim, a 47-year-old female, was employed as a United States Postal Service (USPS) worker. As such, the victim was an employee of the United States or of any agency in a branch of the United States Government as contemplated by Title, 18, United States Code, Section 1114. At all relevant times, the victim was driving a clearly marked USPS truck upon the public roadways. Her duties that day included the delivery of mail in Broward County, Florida. The victim was in a clearly marked USPS uniform. As such, the victim was engaged in and on account of the performance of official duties with the USPS. Furthermore, at all relevant times, the victim was a Muslim and wore a hijab. A hijab is a head scarf worn by some Muslim women in observance of the Islamic religion. The purpose of the hijab is to cover a woman's hair and neck.

On or about October 9, 2023, the victim, had her first contact of any type with Pinkney while delivering mail on the same route she had been assigned for over a decade. As she had done throughout her postal employment, the victim was wearing her hijab. The victim was visible

to the public as she drove the postal vehicle along her route.  The victim saw Pinkney on this day looking at her in what she interpreted as an aggressive manner as she drove by him in her USPS vehicle.

On October 24, 2023, approximately two and a half hours into her route, the victim stopped the USPS truck and got out of the vehicle with mail to deliver mail.  Pinkney approached on a bicycle and began to pass her.  Pinkney was speaking as he passed her, but the victim could not make out what he was saying. While still cycling, Pinkney made a hand gesture towards her in the shape of a firearm using two fingers to represent the barrel of a gun. At first, the victim believed that Pinkney's gesture meant he was asking for food or water. The victim then asked Pinkney if she could help him.

Pinkney turned his bicycle around and made the firearm gesture toward her more assertively.  Pinkney rode his bicycle directly towards the victim, then got off the bicycle and walked toward the victim.  Pinkney called her a "bitch" and said, "If I had a gun," and "go back to your country."  All this time, Pinkney continued to make the same hand gesture.  The victim turned and faced the USPS truck and heard Pinkney say, "go back to your country" multiple times while tapping her on the back of the head with two fingers.

As a result, the victim entered the USPS truck and sat in the driver's seat.  Pinkney continued to say "bitch" and "go back to your country."  Pinkney spit on the image of the eagle of the side of the USPS truck.  Pinkney then spit on her.  The victim was nervous and scared. Pinkney reached into the truck and pulled at her ankle and leg in an unsuccessful attempt to yank her from the USPS truck.  The victim, who had herniated spinal discs, felt pain in her sciatic nerve when Pinkney pulled on her leg.

Pinkney then entered the truck and grabbed at the victim's neck with one hand and placed his other hand on her hijab. While in the vehicle, Pinkney tried to remove the hijab off her by

2

pulling it down her face. She physically resisted. Unable to remove the hijab in this fashion, Pinkney then lifted the hijab up past the victim's face toward the back of her head. Pinkney succeeded in removing the hijab and revealing the victim's hair. She noticed that she had scratches on her face as a result of this struggle. Pinkney and the victim struggled over the hijab inside the vehicle, and Pinkney released it, but started pulling at her USPS apron. The victim put her hijab back on her head. She felt pain in her shoulder and elbow as a result of trying to get away from Pinkney in the truck. She felt trapped in the truck, so she exited.

Once she and Pinkney were out of the vehicle, he said, "Fuck Islam" and "You are a terrorist." Pinkney and the victim continued to struggle, during which she grabbed onto the collar of Pinkney's shirt. Pinkney's shirt ripped as they separated.

The aforementioned conduct qualifies as forcible assault against a federal employee as defined in Title 18 United States Code, Section 111(a)(1). Furthermore, this conduct occurred when the victim, a federal employee, was engaged in or on account of the performance of official duties, as required by Title 18 United States Code, Section 111(a)(1).

The victim and Pinkney both called 9-1-1. The victim stayed on the scene, but started to follow Pinkney as he rode away on his bike. The victim broke off following Pinkney on the advice of the dispatcher. Police later located and arrested Pinkney on state charges related to the above events.

The injury the victim sustained is an injury that qualifies as "bodily injury," pursuant to Title 18, United States Code, Section 111(b).

Furthermore, Pinkney intentionally selected the victim as the object of the offense charged in the superseding Indictment because of the actual and perceived religion of any person, and, therefore, his conduct satisfies the requirements of section 3A1.1(a) of the United States Sentencing Guidelines beyond a reasonable doubt.

3

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 4/5/24     By: _____
                     MICHAEL E. GILFARB
                     ASSISTANT UNITED STATES ATTORNEY

Date: 4/5/24     By: _____
                     DANIEL ECARIUS
                     ATTORNEY FOR DEFENDANT

Date: 4/5/24     By: _____
                     KENNETH PINKNEY
                     DEFENDANT

4